UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

QUINTON DONEL POOLE     CIVIL ACTION NO. 3:16-CV-1165

VS.     SECTION P

    JUDGE ELIZABETH E. FOOTE

OFFICER MITCHELL, ET AL     MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the portion of Plaintiff's complaint alleging failure to protect be and hereby is **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that the remainder of the claims in Plaintiff's complaint be and hereby are **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this _____ day of _____, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE